[No. 10304-1-I.   Division One.   June 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
THOMAS PETROVICH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-8-00580-4, Francis E. Holman, J., entered
May 19, 1981. *Affirmed* by unpublished opinion per

Williams, J., concurred in by Durham, A.C.J., and Swanson, J.